1  Timothy Chandler, CA Bar No. 234922
   ALLIANCE DEFENSE FUND
2  101 Parkshore Drive, Suite 100
   Folsom, CA 95630
3  Tele: (916) 932-2850; Fax: (916) 932-2951
   tchandler@telladf.org
4
   David A. Cortman, GA Bar No. 188810
5  Joshua B. Bolinger, OH Bar No. 0079594*
   ALLIANCE DEFENSE FUND
6  1000 Hurricane Shoals Road, NE
   Building D, Suite 600
7  Lawrenceville, GA 30043
   Tele: (770) 339-0774; Fax: (770) 339-6744
8  dcortman@telladf.org
   jbolinger@telladf.org
9
   Benjamin W. Bull, AZ Bar No. 009940
10 Jeremy D. Tedesco, AZ Bar No. 0234847*
   ALLIANCE DEFENSE FUND
11 15100 N. 90th Street
   Scottsdale, AZ 85260
12 Tele: (480) 388-8051; Fax: (480) 444-0028
   bbull@telladf.org
13 jtedesco@telladf.org

14 *Motion to permit appearance *pro hac vice* submitted concurrently

15 Attorneys for Plaintiff

16

                    **UNITED STATES DISTRICT COURT**
17           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN JOSE DIVISION**
18

19 P.A., a minor by and through her next friend,   )
   N.A.                                            )   CASE NO.
20                                                 )
          Plaintiff,                               )
21                                                 )
   v.                                              )
22                                                 )
   DIANE GORDON, MATTHEW DEAN,                     )   CIVIL L.R. 3-16 CERTIFICATION OF
23 MARGIE MITCHELL, PAM PARKER, and                )   INTERESTED ENTITIES OR PERSONS
   ROYCE PETERSON, all individually and in         )
24 their official capacities as Members of the     )
   Campbell Union High School District Board       )
25 of Trustees; RHONDA FARBER, in her              )
   individual capacity and in her official capacity )
26 as Superintendent of the Campbell Union High    )
   School District; and OWEN HEGE, in his          )
27 individual capacity and in his official capacity )
   as Principal of Westmont High School,           )
28                                                 )
          Defendants.                              )

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**Filed**

JAN 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

C08   00242   **PVT**

1      Plaintiff, P.A., by and through counsel, and in compliance with Civil L.R. 3-16, hereby states

2  as follows:

3      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

4  named parties, there is no such interest to report.

5      Dated this _10th_ day of January, 2008.

6

7                            Respectfully submitted,

8

9  David A. Cortman, GA Bar No.188810*  
*Lead Counsel*  
                          Timothy Chandler, CA Bar No. 234325  
Joshua B. Bolinger, OH Bar No. 0079594*  
10  ALLIANCE DEFENSE FUND  
                          *Local Counsel*  
1000 Hurricane Shoals Road, NE  
                          ALLIANCE DEFENSE FUND  
11  Building D, Suite 600  
                          101 Parkshore Drive, Suite 100  
Lawrenceville, GA 30043  
                          Folsom, CA 95630  
12  Tele: (770) 339-0774; Fax: (770) 339-6744  
                          Tele: (916) 932-2850; Fax: (916) 932-2951  
dcortman@telladf.org  
                          tchandler@telladf.org  
13  jbolinger@telladf.org

14  Benjamin W. Bull, AZ Bar No. 009940  
Jeremy D. Tedesco, AZ Bar No. 0234847*  
15  ALLIANCE DEFENSE FUND  
15100 N. 90th Street  
16  Scottsdale, AZ 85260  
Tele: (480) 388-8051; Fax: (480) 444-0028  
17  bbull@telladf.org  
jtedesco@telladf.org

18  *Motion to permit appearance *pro hac vice* submitted concurrently

19                  *Attorneys for Plaintiff*

20

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS  
2