| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

DAVID A. CORTMAN
ALLIANCE DEFENSE FUND
1000 Hurricane Shoals Road, NE
Building D, Suite 600
Lawrenceville, GA 30043

FILED

2008 JAN 14  P 3: 25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

P.A., a minor by and through her next friend, N.A.

Plaintiff(s),

v.

DIANE GORDON, et al.

_____ Defendant(s). _____/

CASE NO. C 08 00242

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, DAVID A. CORTMAN, an active member in good standing of the bar of GEORGIA, FLORIDA and D.C., hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing P.A., the plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Timothy Chandler   (916)932-2850
ALLIANCE DEFENSE FUND
101 Parkshore Drive
Suite 100
Folsom, CA 95630

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/11/08

DAVID A. CORTMAN