Clerk's Use Only

Initial for fee pd.:

Jeremy D. Tedesco
Alliance Defense Fund
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 (Fax)

FILED

2008 JAN 14  P 3: 26

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

P.A., a minor by and through her next friend, E.A.

Plaintiff(s),

v.

DIANE GORDON, et al.

Defendant(s).

CASE NO. C08-00242

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, JEREMY D. TEDESCO, an active member in good standing of the bar of Arizona, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Timothy Chandler
100 Parkshore Drive
Suite 100
Folsom, CA 95630
(916) 932-2850

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/7/2008

/s/ Jeremy D. Tedesco