| Clerk's Use Only |
|---|
| Initial for fee pd.: |

JOSHUA B. BOLINGER
ALLIANCE DEFENSE FUND
1000 Hurricane Shoals Road, NE
Building D, Suite 600
Lawrenceville, GA 30043

FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

P.A., a minor by and through her next friend, N.A.

            Plaintiff(s),

v.

DIANE GORDON, et al.

           Defendant(s).

CASE NO. C 08 00242

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, JOSHUA B. BOLINGER, an active member in good standing of the bar of OHIO, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing P.A., the plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Timothy Chandler (916) 932-2850
ALLIANCE DEFENSE FUND
101 Parkshore Drive
Suite 100
Folsom, CA 95630

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/11/08

JOSHUA B. BOLINGER