Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

P.A., a minor by and through her next friend, E.A.

Plaintiff(s),

v.

DIANE GORDON, et al.

Defendant(s).

CASE NO. C08-00242

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

JEREMY D. TEDESCO, an active member in good standing of the bar of the State of Arizona (particular court to which applicant is admitted) whose business address and telephone number is 15100 N. 90th Street, Scottsdale, AZ 85260, (480) 444-0020, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing P.A., a minor by and through her next friend, E.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/16/08

_____
United States Magistrate Judge