Timothy Chandler, CA Bar No. 234325
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Tele: (916) 932-2850; Fax: (916) 932-2951
tchandler@telladf.org

David A. Cortman, GA Bar No.188810*
Joshua B. Bolinger, OH Bar No. 0079594*
ALLIANCE DEFENSE FUND
1000 Hurricane Shoals Road, NE
Building D, Suite 600
Lawrenceville, GA 30043
Tele: (770) 339-0774; Fax: (770) 339-6744
dcortman@telladf.org
jbolinger@telladf.org

Benjamin W. Bull, AZ Bar No. 009940
Jeremy D. Tedesco, AZ Bar No. 0234847*
ALLIANCE DEFENSE FUND
15100 N. 90th Street
Scottsdale, AZ 85260
Tele: (480) 388-8051; Fax: (480) 444-0028
bbull@telladf.org
jtedesco@telladf.org

*Admitted *pro hac vice*

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| P.A., a minor by and through her next friend, N.A. | CASE NO. 05:08-cv-00242-PVT |
| Plaintiff, | Magistrate Judge Patricia V. Trumbull |
| v. | |
| DIANE GORDON, MATTHEW DEAN, MARGIE MITCHELL, PAM PARKER, and ROYCE PETERSON, all individually and in their official capacities as Members of the Campbell Union High School District Board of Trustees; RHONDA FARBER, in her individual capacity and in her official capacity as Superintendent of the Campbell Union High School District; and OWEN HEGE, in his individual capacity and in his official capacity as Principal of Westmont High School, | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| Defendants. | |

PLF'S NOTICE OF VOLUNTARY DISMISSAL / Case No. 05:08-cv-00242-PVT

1  Comes now the Plaintiff, P.A., by and through counsel and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), files this voluntary dismissal, stating as follows:

2.  1. On January 14, 2008, Plaintiff filed a Complaint in this case challenging Defendants' denial of equal access to her student Live Action Club at Westmont High School ("WHS").

3.  2. In her Complaint, Plaintiff alleged that the Defendants denied to her rights, benefits, and privileges equal to those received by other members of officially recognized clubs at WHS.

4.  3. Along with her Complaint, Plaintiff filed a Notice of, and Motion for, Preliminary Injunction, requesting an order prohibiting the Defendants from discriminating against her and other Live Action Club members based on the religious and political content and viewpoint of their intended speech.

5.  4. Plaintiff also asked that this Court order Defendants to provide her with equal access to all of the rights, benefits, and privileges given to other members of officially recognized clubs at MUHS.

6.  5. The very next day, on January 15, 2008, the Defendants informed Plaintiff that they would now provide Plaintiff and her fellow Club members with access to <u>all</u> of the rights, benefits, and privileges given to other student members of officially recognized clubs at WHS.

7.  6. Plaintiff has been provided such rights, benefits, and privileges and is now meeting as part of the Live Action–Pro-Life Club.

Based on the above actions of the Defendants, Plaintiff hereby voluntarily dismisses this action without prejudice.

1  Dated this 29th day of January, 2008.

2
                                                    Respectfully submitted,
3
                                                     /s  Timothy Chandler
4  David A. Cortman, GA Bar No.188810*          Timothy Chandler, CA Bar No. 234325
   *Lead Counsel*                                *Local Counsel*
5  Joshua B. Bolinger, OH Bar No. 0079594*      ALLIANCE DEFENSE FUND
   ALLIANCE DEFENSE FUND                         101 Parkshore Drive, Suite 100
6  1000 Hurricane Shoals Road, NE               Folsom, CA 95630
   Building D, Suite 600                        Tele: (916) 932-2850; Fax: (916) 932-2951
7  Lawrenceville, GA 30043                      tchandler@telladf.org
   Tele: (770) 339-0774; Fax: (770) 339-6744
8  dcortman@telladf.org
   jbolinger@telladf.org
9
   Benjamin W. Bull, AZ Bar No. 009940
10 Jeremy D. Tedesco, AZ Bar No. 0234847*
   ALLIANCE DEFENSE FUND
11 15100 N. 90th Street
   Scottsdale, AZ 85260
12 Tele: (480) 388-8051; Fax: (480) 444-0028
   bbull@telladf.org
13 jtedesco@telladf.org

14
   *Admitted *pro hac vice*
15

16                          *Attorneys for Plaintiff*

17

18

19

20

21

22

23

24

25

26

27

28

PLF'S NOTICE OF VOLUNTARY DISMISSAL / Case No. 05:08-cv-00242-PVT

3